1983 Form

# In the United States District Court
# For the Northern District of Alabama

2018 NOV 13 P 1:22

U.S. DI...

Timothy Wayne Ware # 149881

2:18-cv-01873-AKK-SGC

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Doctor Karen Stone et al

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✗)

  B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit

      Plaintiff(s): _____N/A_____

      Defendant(s) _____N/A_____

   2. Court (if Federal Court, name the district; if State Court, name the county)

      _____N/A_____

   3. Docket Number _____N/A_____

   4. Name of judge to whom case was assigned _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? N/A

6. Approximate date of filing lawsuit  N/A

7. Approximate date of disposition  N/A

II. Place of present confinement Bullock Correctional Facility, P.O. Box 5107 Union Springs, AL 36089

   A. Is there a prisoner grievance procedure in this institution?
   Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓)   No ( )

   C. If your answer is YES:
   1. What steps did you take? Filed various grievance with Medical Staff and Corizon Personnel
   2. What was the result? Denied And/0r — ignored

   D. If your answer is NO, explain why not? N/A

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) Timothy Wayne Ware #149881

   Address Bullock Correctional Facility, P.O. Box 5107 Union Springs, AL 36089

- 2 -

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Dr. Karen Stone__
   is employed as __Doctor / Physician__
   at __William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, AL 35023__

C. Additional Defendants _____

## IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. ~~Do not give any legal arguments or cite any cases or statutes.~~ If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

On or about February 17, 2017, while participating in a game of Basketball - at Kilby Correctional Facility, plaintiff suffered a fall by Another. The fall was so forceful and powerful and hard... leaving plaintiff with the inability to walk on his own accord... Plaintiff was escorted to the Kilby Medical Unit. On or about March 19, 2017, plaintiff was transferred from Kilby Correctional Facility - to said Donaldson.

At Donaldson, and primarily under the care of Dr. Karen Stone and Dr. Anita Wilson - and unable to determine the exact extent

** See Additional Sheets **

-3-

V. RELIEF

State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Hold Dr. Karen Stone liable, in person capacity - for 100,000 (one-hundred thousand); representative capacity - 1,000,000 (one-million); and with jury assessment.

Hold "Corizon" liable for 1,000,000 (one-million) - with jury assessment - if feasible

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-4-2018
(date)

Timothy Wayne Ware
AIS # 149881
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

/s/ Timothy Ware #149881
Signature(s)

- 4 -

Additional sheet it id,

plaintiff had sustained and suffered, Plaintiff was sent to Brookwood Medical Institution...for x-rays. The X-rays determine that plaintiff has suffered a serious ACL tear...in his right knee; the injury was also later confirmed by MRI and scatscam.... On May 17, 2017, plaintiff had partial surgery to his said knee. During this time plaintiff complained of immensed pain; but was only given — to relieve such pain — Asprins and motrins.... Plaintiff, unable to still walk and stand on his own, and still in increased pain, complained to both Dr. Karen Stone and Dr. Anita Wilson...that stronger medication were needed. However, that request, by Corizon and Dr. Stone — was denied without medical explaination. However, a Supporting Knee-Brace was issued but later lost in the transferring process, and it was never replaced — leaving plaintiff further pain due to any attempt to walk without such brace. Since returning from the aforesaid partial surgery, and unable to walk/stand...on his own, the said Dr. Stone ordered therapy; however plaintiff only received two concession of physical therapy — but was denied further and additional/continuance therapy — this inaction caused plaintiff more suffering of pain.

2                        Additional Sheet 1t. id.

    Since the plaintiff's transfere from said Kilby to said Donaldson, plaintiff, during his entire stay.... continued complained, to both Medical Staff doctors as well as to Corizon's Medical personnel ( who contracts with ADOC, medically) about the seriousness of pain he has, and still is suffering due to the lack and denied adequate and proper surgery to repair the severe damage sustained in the aforesaid knee. But,... any proper, medically, corrective action — has not been afforded and has been grossly neglected.... Plaintiff is thus and currently experiencing tremendous pain in the right knee area, and is being forced to move about on simply — a cane. Surgery is needed — to relieve the pain; while physical theraphy is pri-sugery necessary.

Timothy Wayne Ware #147881
Bullok Correctional Facility
P.O. Box 5107
Union Springs, AL 36089

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
HUGO L BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM AL 35203-2195